UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

EMMANUEL DORVIL, Petitioner,

v. Civil Action No. 4:26-cv-682-DJH

MIKE LEWIS, Jailer, Hopkins County Jail
et al., Respondents.

* * * * *

**ORDER**

Petitioner Emmanuel Dorvil, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, it is hereby

**ORDERED** as follows:

(1) The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2) The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on Respondent Mike Lewis.

(3) The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4) **On or before October 29, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5) Petitioner may file a reply **on or before November 2, 2026**.

(6) If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before October 29, 2026**. *See* 28 U.S.C. § 2243. In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Hopkins County Jail. Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

October 26, 2026

**David J. Hale, Chief Judge**
**United States District Court**